In re  **Mariah Bay Leasing Corporation**                    Case No.   **10-31171**  _____

(if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| The Harbor Phase 1, Rockwall, Texas 75087 123,000 square foot retail center on Lake Ray Hubbard | Real Property | | $42,000,000.00 | $28,861,950.76 |
| | | Total: | $42,000,000.00 | |

(Report also on Summary of Schedules)

In re  **Mariah Bay Leasing Corporation**

Case No.  **10-31171** _____

(if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo DIP Account $107,364.45<br><br>Texans Credit Union Account $70,278.54<br><br>Texans Credit Union Account $127,897.31 | | $107,364.05<br><br>$70,278.54<br><br>$127,897.31 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | | Deposit being determined with Utilities | | Unknown |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

In re  **Mariah Bay Leasing Corporation**              Case No. __10-31171_____
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Affinity Salon & Spa $78,954.30 | | $78,954.30 |
| | | Agave / Crush Investments $4,037.47 | | $4,038.47 |
| | | Archimatrix $10,700.00 | | $10,700.00 |
| | | Blue Canyon $156,060.67 | | $156,060.67 |
| | | Cold Stone Creamery $195.81 | | $195.41 |
| | | Cornerstone Custom Homes $1,600.00 | | $1,600.00 |
| | | El Portillo $162,655.24 | | $162,655.24 |

In re  **Mariah Bay Leasing Corporation**                                 Case No.   __10-31171__ _____
                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Glorias $1547.46 | | $1,547.46 |
| | | Hollywood Nails $70.15 | | $70.18 |
| | | MSJK Mortgage Company $5,200.00 | | $5,200.00 |
| | | Rija Boutique $15,648.27 | | $15,648.27 |
| | | Rocky Mountain Chocolate $96.67 | | $96.67 |
| | | Ruby Tuesday $1,925.64 | | $1,925.64 |
| | | Twisty Treats $2.42 | | $2.42 |
| | | Whittle Development $195,527.22 | | $195,527.22 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | No Returns filed for 2009 yet so no determination and amount, if any, of refund | | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercis- able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

In re **Mariah Bay Leasing Corporation**                    Case No.    <u>10-31171</u>
                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

In re  **Mariah Bay Leasing Corporation**                     Case No.  __10-31171_____
                                                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | __4__ continuation sheets attached | **Total >** | **$939,761.85** |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

In re  **Mariah Bay Leasing Corporation**                    Case No.  __10-31171_____
                                                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| | | **$0.00** | **$0.00** |

In re  **Mariah Bay Leasing Corporation**                        Case No.  **10-31171**

                                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **xx3558**<br><br>**Barbara Barber, Tax Assessor-Collector Rockwall County Tax Office 101. S. Fannin Rockwall, TX 75087** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**The Harbor Phase 1, Rockwall, Texas 75087**<br>REMARKS:<br>**Property Tax**<br><br><br>VALUE:                **$42,000,000.00** | | | | **$88,125.00** | |
| ACCT #:<br><br>**City of Rockwall 385 S. Goliad Rockwall, TX 75087** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**The Harbor Phase 1, Rockwall, Texas 75087**<br>REMARKS:<br><br><br>VALUE:                **$42,000,000.00** | | | | **Unknown** | **Unknown** |
| ACCT #:<br><br>**Credit Union Liquidity Services, LLC 777 East Campbell Road, Suite 650 Richardson, TX 75081** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business debt**<br>COLLATERAL:<br>**The Harbor Phase 1, Rockwall, Texas 75087**<br>REMARKS:<br><br><br>VALUE:                **$42,000,000.00** | | | | **$28,200,000.00** | |
| **Representing: Credit Union Liquidity Services, LLC** | | **Fulbright & Jaworski, L.L.P. 2200 Ross Avenue Suite 2800 Dallas, TX 75201-2784** | | | | **Notice Only** | **Notice Only** |
| | | Subtotal (Total of this Page) > | | | | **$28,288,125.00** | **$0.00** |
| | | Total (Use only on last page) > | | | | | |

_____**2**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Credit Union Liquidity Services, LLC**<br>**A Texas Credit Union Company**<br>**777 E. Campbell Road**<br>**Suite 650**<br>**Richardson, TX 75081** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Credit Union**<br>COLLATERAL:<br>**Texans Credit Union Account**<br>REMARKS:<br><br>VALUE: **$198,175.85** | | | | **$70,278.54** | |
| ACCT #:<br><br>**Credit Union Liquidity Services, LLC**<br>**A Texas Credit Union Company**<br>**777 E. Campbell Road**<br>**Suite 650**<br>**Richardson, TX 75081** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Credit Union**<br>COLLATERAL:<br>**Texans Credit Union Account**<br>REMARKS:<br><br>VALUE: **$127,897.31** | | | | **$127,897.31** | |
| ACCT #: **x4778**<br><br>**Rockwall Central Appraisal District**<br>**841 Justin Road**<br>**Rockwall, TX 75087** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**The Harbor Phase 1, Rockwall, Texas 75087**<br>REMARKS:<br>**Property Taxes**<br><br>VALUE: **$42,000,000.00** | | | | **$463,678.50** | |
| ACCT #:<br><br>**Rockwall County Tax Assessor Collector**<br>**101 S. Fannin**<br>**Forney, Texas 75126**<br>**Attn: Barbara Barber** | | DATE INCURRED: **2009-2010**<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**The Harbor Phase 1, Rockwall, Texas 75087**<br>REMARKS:<br>**Property Taxes**<br><br>VALUE: **$42,000,000.00** | | | | **$96,056.26** | |

Sheet no. **1** of **2** continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >          **$757,910.61**          **$0.00**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: <br><br>**Texas Comptroller of Public Accounts**<br>**PO Box 12548**<br>**Austin, TX 78711-2548** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**The Harbor Phase 1, Rockwall, Texas 75087**<br>REMARKS:<br>**Franchise Tax**<br><br><br>VALUE:  **$42,000,000.00** | | | | **$14,091.00** | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. ____2____ of ____2____ continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal (Total of this Page) > | **$14,091.00**     **$0.00** |
| | Total (Use only on last page) > | **$29,060,126.61**     **$0.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re **Mariah Bay Leasing Corporation**                    Case No.    **10-31171**
                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____continuation sheets attached

In re  **Mariah Bay Leasing Corporation**                              Case No.  **10-31171**
                                                                                          (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **United States Treasury** <br> **Internal Revenue Service** <br> **Memphis, TN 37501** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business debt** <br> REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | | | | Subtotals (Totals of this page) > | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|---|---|---|---|

Total >                       **$0.00**
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >                                    **$0.00**        **$0.00**
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

In re **Mariah Bay Leasing Corporation**   Case No.   **10-31171**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Affinity Salon**<br>**2083 Summer Lee Drive**<br>**Rockwall, TX 75032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Tenant at "The Harbor"** | | | | **Unknown** |
| ACCT #:<br>**Agave Restaurant**<br>**2067 Summer Lee Drive**<br>**Rockwall, TX 75032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Tenant at "The Harbor"** | | | | **Unknown** |
| ACCT #:  **xxx xxxarks**<br>**Allied Waste Services #523**<br>**PO Box 78829**<br>**Phoenix, AZ 85062-8829** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS:<br>**#3-0794-4039125, #3-0523-0039122, #3-0794-4039340** | | | | **$1,942.58** |
| ACCT #:<br>**Archimatrix**<br>**2101 Summer Lee Drive**<br>**Rockwall, TX 75032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Tenant at "The Harbor"** | | | | **Unknown** |
| ACCT #:  **xxx xxxarks**<br>**AT&T**<br>**PO Box 650661**<br>**Dallas, TX 75265-0661** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS:<br>**972-722-1074-584-9 BLDG H / 972-722-0694-768-0 BLDG J**<br>**972-721-3782-285-9 BLDG K / 972-722-0253-803-** | | | | **$607.84** |
| | | **8 BLDG M**<br>**214-771-3520-010-8 BLDG P / 972-722-4637-469-7 BLDG S** | | | | |

|  | | | | | Subtotal > | **$2,550.42** |
|---|---|---|---|---|---|---|

_____**6**_____continuation sheets attached

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:   **xxx xxxarks**<br>**Atmos Energy**<br>**PO Box 790311**<br>**St. Louis, MO 63179-0311** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS:<br>**2852430-2 Lakefront Suite #200**<br>**1781476-4; 2109 Summer Lee, #111** | | | | **Unknown** |
| ACCT #:<br>**Attorney General of Texas**<br>**Bankruptcy Division**<br>**P O Box 12548**<br>**Austin, TX 78711-2548**<br>**Attn: Jay Hurst** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Austin Morgan Fire & Safety**<br>**PO Box 417**<br>**Rowlett, TX 75030** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:   **x/x/x xxxx xxxxxxge Co.**<br>**BankSource Mortgage**<br>**2095 Summer Lee Drive, #204**<br>**Rockwall, TX 75032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Tenant at "The Harbor"** | | | | **Unknown** |
| ACCT #:<br>**Blue Canyon**<br>**2101 Summer Lee Drive**<br>**Rockwall, TX 75032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Tenant at "The Harbor"** | | | | **Unknown** |
| ACCT #:   **xxxxx-xxxx-xxxxxxx-xxxxella**<br>**Broadway Premium Funding Corp.**<br>**1747-22 Veterens Memorial Highway**<br>**Islandia, NY 11749** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____1____ of ____6____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$0.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  **Mariah Bay Leasing Corporation**                    Case No.  <u>10-31171</u>
                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx xx2-233**<br>**Buffalo Ridge Storage**<br>**5573 Horizon Road**<br>**Rockwall, TX 75032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Cinemark**<br>**2125 Summer Lee Drive**<br>**Rockwall, TX 75032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Tenant at "The Harbor"** | | | | **Unknown** |
| ACCT #:<br>**Coldstone Creamery**<br>**2115 Summer Lee Drive, #101**<br>**Rockwall, TX 75032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Tenant at "The Harbor"** | | | | **Unknown** |
| ACCT #:<br>**Cornerstone Homes**<br>**2095 Summer Lee Drive**<br>**Rockwall, TX 75032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Tenant at "The Harbor"** | | | | **Unknown** |
| ACCT #:<br>**Dodie's Cajun**<br>**2076 Summer Lee Drive**<br>**Rockwall, TX 75032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Tenant at "The Harbor"** | | | | **Unknown** |
| ACCT #:<br>**Dragonfly Asian**<br>**2095 Summer Lee Drive**<br>**Rockwall, TX 75032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Tenant at "The Harbor"** | | | | **Unknown** |

Sheet no. <u>2</u> of <u>6</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**                    **$0.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Mariah Bay Leasing Corporation**                     Case No.  __10-31171_____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**El Potrillo**<br>**2101 Summer Lee Drive, #105**<br>**Rockwall, TX 75032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Tenant at "The Harbor"** | | | | **Unknown** |
| ACCT #:<br>**En Fuego**<br>**2083 Summer Lee Drive, #105**<br>**Rockwall, TX 75032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Tenant at "The Harbor"** | | | | **Unknown** |
| ACCT #:<br>**Fashion Depot**<br>**2109 Summer Lee Drive**<br>**Suite 107**<br>**Rockwall, TX 75032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Tenant at "The Harbor"** | | | | **Unknown** |
| ACCT #:  **xxx xxxarks**<br>**First Choice Power**<br>**PO Box 659603**<br>**San Antonio, TX 78254-9603** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS:<br>655001202156535 / 655001202156525 /<br>655001202156520 655001202156490 /<br>655001202156500 / 6550012021401610 | | | | **$2,537.52** |
| | | 655001101353210 / 65500101363200 | | | | |
| ACCT #:<br>**Genuine Jake**<br>**2071 Summer Lee Drive**<br>**Rockwall, TX 75032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Tenant at "The Harbor"** | | | | **Unknown** |

Sheet no. ____3____ of ____6____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**        **$2,537.52**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Mariah Bay Leasing Corporation**                         Case No.  __10-31171_____
                                                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Gloria's**<br>**2079 Summer Lee Drive**<br>**Rockwall, TX 75032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Tenant at "The Harbor"** | | | | **Unknown** |
| ACCT #:  **x3130**<br>**Green Electric Solutions**<br>**3205 Century Drive**<br>**Rowlett, TX 75088** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | **$4.02** |
| ACCT #:<br>**Hollywood Nails**<br>**2065 Summer Lee Drive**<br>**Rockwall, TX 75032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Tenant at "The Harbor"** | | | | **Unknown** |
| ACCT #:<br>**Juvanew Spa**<br>**2091 Summer Lee Drive, #101**<br>**Rockwall, TX 75032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Tenant at "The Harbor"** | | | | **Unknown** |
| ACCT #:<br>**Linebargar Goggan Blair & Sampson**<br>**c/o Laurie Spindler Huffman**<br>**2323 Bryan Street, Suite 1600**<br>**Dallas, Texas 75201-2644** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Odor Control ENT of Texas**<br>**PO Box 890189**<br>**Oklahoma City, OK 79189** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____4_____ of _____6____ continuation sheets attached to                                    Subtotal >          **$4.02**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                             Total >
                                              (Use only on last page of the completed Schedule F.)
                              (Report also on Summary of Schedules and, if applicable, on the
                              Statistical Summary of Certain Liabilities and Related Data.)

In re   **Mariah Bay Leasing Corporation**                    Case No.   **10-31171**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Reliant Energy**<br>**PO Box 650475**<br>**Dallas TX 75265-0475** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Rockwall Landscape & Maintenance**<br>**PO Box 1384**<br>**Rockwall, TX 75087** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Rocky Mountain Chocolate**<br>**2091 Summer Lee Drive**<br>**Rockwall, TX 75032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Tenant at "The Harbor"** | | | | **Unknown** |
| ACCT #:<br>**Ruby Tuesday**<br>**2075 Summer Lee Drive**<br>**Rockwall, TX 75032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Tenant at "The Harbor"** | | | | **Unknown** |
| ACCT #:<br>**Texans Commercial Capital, LLC**<br>**777 East Campbell Rd., Suite 650**<br>**Richardson, TX 75081** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Travelers Insurance**<br>**CL Remittance Center**<br>**Hartford, CT 06183-0638** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**5**____ of ____**6**____ continuation sheets attached to                    **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                 **Total >**
                                            **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Mariah Bay Leasing Corporation**          Case No.  __10-31171_____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Twilight Training, LLC**<br>**519 E I-30**<br>**Rockwall, TX 75087** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Tenant at "The Harbor"** | | | | **Unknown** |
| ACCT #:<br>**Twisty Treats**<br>**2065 Summer Lee Drive**<br>**Rockwall, TX 75032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Tenant at "The Harbor"** | | | | **Unknown** |
| ACCT #:<br>**TXU Energy**<br>**P.O. Box 650638**<br>**Dallas, TX 75265-0638** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Whittle Development**<br>**2101 Summer Lee Drive**<br>**Rockwall, TX 75032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Tenant at "The Harbor"** | | | | **Unknown** |
| ACCT #:<br>**Zeus Boutique**<br>**2109 Summer Lee Drive**<br>**Rockwall, TX 75032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS:<br>**Tenant at "The Harbor"** | | | | **Unknown** |
| | | | | | | |

Sheet no. ____6_____ of _____6_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$0.00**

Total >  **$5,091.96**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Mariah Bay Leasing Corporation**                    Case No. __10-31171__
                                                                   (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Affinity Salon**<br>2083 Summer Lee Drive<br>Rockwall, TX 75032 | Shopping Center Lease (Tenant) "The Harbor"<br>Contract to be ASSUMED |
| **Agave Restaurant**<br>2067 Summer Lee Drive<br>Rockwall, TX 75032 | Shopping Center Lease (Tenant) "The Harbor"<br>Contract to be ASSUMED |
| **Archimatrix**<br>2101 Summer Lee Drive<br>Rockwall, TX 75032 | Shopping Center Lease (Tenant) "The Harbor"<br>Contract to be ASSUMED |
| **BankSource Mortgage**<br>2095 Summer Lee Drive, #204<br>Rockwall, TX 75032 | Shopping Center Lease (Tenant) "The Harbor"<br>Contract to be ASSUMED |
| **Blue Canyon**<br>2101 Summer Lee Drive<br>Rockwall, TX 75032 | Shopping Center Lease (Tenant) "The Harbor"<br>Contract to be ASSUMED |

In re  **Mariah Bay Leasing Corporation**                    Case No.  <u>**10-31171**</u> _____
                                                                                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Cinemark**<br>2125 Summer Lee Drive<br>Rockwall, TX 75032 | Shopping Center Lease (Tenant) "The Harbor"<br>Contract to be ASSUMED |
| **Coldstone Creamery**<br>2115 Summer Lee Drive, #101<br>Rockwall, TX 75032 | Shopping Center Lease (Tenant) "The Harbor"<br>Contract to be ASSUMED |
| **Cornerstone Homes**<br>2095 Summer Lee Drive<br>Rockwall, TX 75032 | Shopping Center Lease (Tenant) "The Harbor"<br>Contract to be ASSUMED |
| **Dodie's Cajun**<br>2076 Summer Lee Drive<br>Rockwall, TX 75032 | Shopping Center Lease (Tenant) "The Harbor"<br>Contract to be ASSUMED |
| **Dragonfly Asian**<br>2095 Summer Lee Drive<br>Rockwall, TX 75032 | Shopping Center Lease (Tenant) "The Harbor"<br>Contract to be ASSUMED |

In re  **Mariah Bay Leasing Corporation**                    Case No.  __10-31171_____

                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 2*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **El Potrillo**<br>2101 Summer Lee Drive, #105<br>Rockwall, TX 75032 | Shopping Center Lease (Tenant) "The Harbor"<br>Contract to be ASSUMED |
| **En Fuego**<br>2083 Summer Lee Drive, #105<br>Rockwall, TX 75032 | Shopping Center Lease (Tenant) "The Harbor"<br>Contract to be ASSUMED |
| **Fashion Depot**<br>2109 Summer Lee Drive<br>Suite 107<br>Rockwall, TX 75032 | Shopping Center Lease (Tenant) "The Harbor"<br>Contract to be ASSUMED |
| **Genuine Jake**<br>2071 Summer Lee Drive<br>Rockwall, TX 75032 | Shopping Center Lease (Tenant) "The Harbor"<br>Contract to be ASSUMED |
| **Gloria's**<br>2079 Summer Lee Drive<br>Rockwall, TX 75032 | Shopping Center Lease (Tenant) "The Harbor"<br>Contract to be ASSUMED |

In re  **Mariah Bay Leasing Corporation**                    Case No.  <u>10-31171</u> _____
                                                                         (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
*Continuation Sheet No. 3*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Hollywood Nails**<br>2065 Summer Lee Drive<br>Rockwall, TX 75032 | Shopping Center Lease (Tenant) "The Harbor"<br>Contract to be ASSUMED |
| **Juvanew Spa**<br>2091 Summer Lee Drive, #101<br>Rockwall, TX 75032 | Shopping Center Lease (Tenant) "The Harbor"<br>Contract to be ASSUMED |
| **Rocky Mountain Chocolate**<br>2091 Summer Lee Drive<br>Rockwall, TX 75032 | Shopping Center Lease (Tenant) "The Harbor"<br>Contract to be ASSUMED |
| **Ruby Tuesday**<br>2075 Summer Lee Drive<br>Rockwall, TX 75032 | Shopping Center Lease (Tenant) "The Harbor"<br>Contract to be ASSUMED |
| **Twilight Training, LLC**<br>519 E I-30<br>Rockwall, TX 75087 | Shopping Center Lease (Tenant) "The Harbor"<br>Contract to be ASSUMED |

In re  **Mariah Bay Leasing Corporation**                    Case No.  <u>10-31171</u>
                                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
*Continuation Sheet No. 4*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Twisty Treats**<br>2065 Summer Lee Drive<br>Rockwall, TX 75032 | Shopping Center Lease (Tenant) "The Harbor"<br>Contract to be ASSUMED |
| **Whittle Development**<br>2101 Summer Lee Drive<br>Rockwall, TX 75032 | Shopping Center Lease (Tenant) "The Harbor"<br>Contract to be ASSUMED |
| **Zeus Boutique**<br>2109 Summer Lee Drive<br>Rockwall, TX 75032 | Shopping Center Lease (Tenant) "The Harbor"<br>Contract to be ASSUMED |

In re **Mariah Bay Leasing Corporation**       Case No.  **10-31171**

(if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Rob Whittle**<br>PO Box 369<br>Rockwall, TX 75087-0369 | **Credit Union Liquidity Services, LLC**<br>777 East Campbell Road, Suite 650<br>Richardson, TX 75081 |
| **Rob Whittle**<br>PO Box 369<br>Rockwall, TX 75087-0369 | **Credit Union Liquidity Services, LLC**<br>A Texas Credit Union Company<br>777 E. Campbell Road<br>Suite 650<br>Richardson, TX 75081 |
| **Rob Whittle**<br>PO Box 369<br>Rockwall, TX 75087-0369 | **Credit Union Liquidity Services, LLC**<br>A Texas Credit Union Company<br>777 E. Campbell Road<br>Suite 650<br>Richardson, TX 75081 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re  **Mariah Bay Leasing Corporation**                    Case No.    **10-31171**

                                                             Chapter     **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $42,000,000.00 | | |
| B - Personal Property | Yes | 5 | $939,761.85 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $29,060,126.61 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $5,091.96 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 24 | $42,939,761.85 | $29,065,218.57 | |

In re  **Mariah Bay Leasing Corporation**                    Case No.   <u>**10-31171**</u>
                                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____***President***_____ of the _____**Corporation**_____

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of

_____**26**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date  <u>03/05/2010</u>                    Signature  <u>**/s/ Robert Whittle**</u>
                                                      **Robert Whittle**
                                                      **President**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*