**JOYCE W. LINDAUER**
Attorney At Law
8140 Walnut Hill Lane
Suite 301
Dallas, Texas 75231
(972) 503-4033 Telephone
(972) 503-4034 Facsimile
**ATTORNEY FOR DEBTOR**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MARIAH BAY LEASING | § | CASE NO. 10-31171-SGJ-11 |
| CORPORATION, | § | Chapter 11 |
| | § | |
| Debtor. | § | |

## DEBTOR'S WITNESS AND EXHIBIT LIST

COMES NOW Mariah Bay Leasing Corporation ("Debtor") and hereby designates the following witnesses and exhibits for the hearing on the CULS's Motion for Entry of an Order, Pursuant to 11 U.S.C. §362(d) [*docket no. 48*] and on the First Amended Plan of Reorganization dated June 28, 2010 [*docket no. 51*] which are set for **Tuesday, August 10, 2010** before the Honorable Stacey G. C. Jernigan, United States Bankruptcy Court, Dallas Texas.

### WITNESSES:

1. Robert Whittle.

2. Joe Milkes, CPA.

3. Robert Dohmeyer.

3. Any witness listed by any other party.

## EXHIBITS:

1. Debtor's Plan of Reorganization and Amendments.

2. Debtor's Disclosure Statement and Amendments.

3. Debtor's Modifications.

4. Debtor's Schedules and Statement of Affairs.

5. Monthly Operating Reports.

6. Leasing Reports.

7. Projections.

5. Any Exhibits listed by any other party.

Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Debtors further reserve the right to supplement this list prior to the hearing.

DATED: August 9, 2010

Respectfully Submitted:

/s/ Joyce W. Lindauer
JOYCE W. LINDAUER
Attorney At Law
8140 Walnut Hill Lane
Suite 301
Dallas, Texas 75231
(972) 503-4033 Telephone
(972) 503-4034 Facsimile

ATTORNEY FOR DEBTOR

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been served on August 9, 2010 via the CM/ECF system.


      /s/ Joyce W. Lindauer
      Joyce W. Lindauer