Toby L. Gerber (SBT 07813700)
John N. Schwartz (SBT 00797397)
Ryan E. Manns (SBT 24041391)
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

Counsel for Credit Union Liquidity Services, LLC
f/k/a Texans Commercial Capital, LLC

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 10-31171-SGJ-11 |
| **MARIAH BAY LEASING** | § | |
| **CORPORATION,** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |

## AMENDED WITNESS AND EXHIBIT LIST

COME NOW Credit Union Liquidity Services, LLC f/k/a Texans Commercial Capital, LLC and Texans Credit Union ("<u>CULS</u>") and hereby designates the following witnesses and exhibits for the hearing on the First Amended Plan of Reorganization dated June 28, 2010 [*docket no. 51*], and all modifications and amendments thereto, scheduled for **Thursday, September 30, 2010, at 2:30 p.m.** before the Honorable Stacey G. C. Jernigan, at the Earl Cabell Building, U.S. Courthouse, 1100 Commerce Street, Room 1428 (Courtroom No. 1), Dallas, TX 75242-1496:

### Witnesses

1. Robert Whittle.

2. A business representative from Credit Union Liquidity Services, LLC.

3. Impeachment and rebuttal witnesses.

4. Any witness designated by any other party.

**Exhibits**

1. CULS's Certificate of Name Change [Exhibit 1 to Docket No. 48].

2. Promissory Note [Exhibit 2 to Docket No. 48].

3. Loan Agreement [Exhibit 3 to Docket No. 48].

4. Notice of Final Agreement [Exhibit 4 to Docket No. 48].

5. Guaranty signed by Robert S. Whittle [Exhibit 5 to Docket No. 48].

6. Guaranty signed by Whittle Development, Inc. [Exhibit 6 to Docket No. 48].

7. Deed of Trust, Security Agreement, Financing Statement and Assignment of Rents and Leases [Exhibit 7 to Docket No. 48].

8. Modification to Loan Agreement, Note and Lien [Exhibit 8 to Docket No. 48].

9. Settlement Statement [Exhibit 9 to Docket No. 48].

10. Notice of Default dated September 17, 2009 [Exhibit 10 to Docket No. 48].

11. Notice of Default dated October 15, 2009 [Exhibit 11 to Docket No. 48].

12. 2009 Recap of Cash Flow [Exhibit 12 to Docket No. 48].

13. Cash Flow for May 2010 [Exhibit 13 to Docket No. 48].

14. Original Complaint, filed in *Robert Patrick Sapp and Randy Snow v. Mariah Bay Development, Inc.*, Civil Action No. 3-09CV2130-L [Exhibit 14 to Docket No. 48].

15. June 2, 2010 Appraisal prepared by Gabe Hill.

16. Mariah Bay Leasing Corporation's August Rent Roll Based on Collections Rate (not Contract Rate).

17. Mariah Bay Leasing Corporation A/R Aging Summary as of 8/31/10.

18. Defendant's Response to Plaintiff's Motion to Reinstate, filed in Credit Union Liquidity Services, LLC f/k/a Texans Commercial Capital, LLC v. Whittle Development, Inc., et al., Cause No. DC 10-01909, District Court, Dallas County, Texas, 191st Judicial District.

19. Impeachment and rebuttal exhibits.

20. Any exhibit designated by any other party.

CULS hereby reserves its right to amend the foregoing witness and exhibit list in advance of the Thursday, September 30, 2010 hearing.

Dated: September 27, 2010.                    Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

By:    */s/ Ryan E. Manns*
      Toby L. Gerber (SBT 07813700)
      John N. Schwartz (SBT 00797397)
      Ryan E. Manns (SBT 24041391)
2200 Ross Ave., Ste. 2800
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

ATTORNEYS FOR CREDIT UNION LIQUIDITY SERVICES, LLC F/K/A TEXANS COMMERCIAL CAPITAL, LLC AND TEXANS CREDIT UNION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been served via this Court's CM/ECF system on all parties that have consented to such service on September 27, 2010. A copy of this document has also been served on Debtor's counsel, Ms. Joyce Lindauer, via email at joyce@joycelindauer.com.

/s/ Ryan E. Manns
Ryan E. Manns