**JOYCE W. LINDAUER**
Attorney At Law
8140 Walnut Hill Lane
Suite 301
Dallas, Texas 75231
(972) 503-4033 Telephone
(972) 503-4034 Facsimile
**ATTORNEY FOR DEBTOR**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MARIAH BAY LEASING** | § | **CASE NO. 10-31171-SGJ-11** |
| **CORPORATION,** | § | **Chapter 11** |
| | § | |
| Debtor. | § | |

### DEBTOR'S SUPPLEMENTAL EXHIBIT LIST

COMES NOW Mariah Bay Leasing Corporation ("Debtor") and hereby designates the following exhibits for the hearing on the First Amended Plan of Reorganization dated June 28, 2010, as Modified, which is set for **Thursday, September 30, 2010** before the Honorable Stacey G. C. Jernigan, United States Bankruptcy Court, Dallas Texas.

### EXHIBITS:

1. Debtor-In-Possession Monthly Operating Report for March, 2010.

2. Debtor-In-Possession Monthly Operating Report for May, 2010.

3. Notice of rescheduled hearing to consider confirmation of the plan.

4. Final agreed cash collateral order [docket no. 36].

Debtors reserve the right to call or to introduce one or more, or none, of the exhibits listed above, and reserves the right to introduce additional exhibits in rebuttal. Debtors further reserve the right to supplement this list prior to the hearing.

DATED: September 29, 2010

> Respectfully Submitted:
>
> /s/ Joyce W. Lindauer
> JOYCE W. LINDAUER
> Attorney At Law
> 8140 Walnut Hill Lane
> Suite 301
> Dallas, Texas 75231
> (972) 503-4033 Telephone
> (972) 503-4034 Facsimile
>
> ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on September 29, 2010 via the CM/ECF system.

> /s/ Joyce W. Lindauer
> Joyce W. Lindauer