Signed this 5th day of October, 2010.

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: | § |
| | § Case No. 10-31171-SGJ-11 |
| MARIAH BAY LEASING | § |
| CORPORATION | § |
| | § CHAPTER 11 |
| DEBTOR. | § |

### ORDER DENYING CONFIRMATION OF FIRST AMENDED PLAN OF REORGANIZATION DATED JUNE 28, 2010 (WITH SECOND MODIFICATION)

CAME ON to be considered the First Amended Plan of Reorganization Dated June 28, 2010 (With Second Modification) [Docket No. 104] (the "Plan"), which was filed by Mariah Bay Leasing Corporation (the "Debtor"). This Court, after reviewing the Plan and considering the arguments of counsel, finds that the Plan cannot be confirmed for the reasons stated on the record during the confirmation hearing held on September 30, 2010. It is therefore

ORDERED that confirmation of the Plan is hereby DENIED. It is further

ORDERED that, pursuant to the Agreed Order Granting Motion of Credit Union

ORDER DENYING CONFIRMATION OF FIRST AMENDED PLAN OF REORGANIZATION DATED JUNE 28, 2010 (WITH SECOND MODIFICATION) - Page 1 of 2

Liquidity Services, LLC Relief from the Automatic Stay [Docket No. 71], which was entered by this Court on August 13, 2010, the automatic stay under 11 U.S.C. § 362 is hereby terminated to enable Credit Union Liquidity Services, LLC f/k/a Texans Commercial Capital, LLC, or its successors and assigns (collectively, "CULS"), to exercise its rights under the loan documents and applicable law to foreclose upon its liens and security interests in the real and personal property identified in the Deed of Trust, Security Agreement, Financing Statement, and Assignment of Rents and Leases dated as of December 27, 2006, executed and delivered by the Debtor, as grantor, unto James C. Champion, as trustee, for the benefit of CULS, as beneficiary, recorded as Instrument No. 2007-00369545 in the Real Property Records of Rockwall County, Texas, as amended, supplemented or otherwise modified (collectively, the "Harbor Property"), including without limitation, conducting a sale of the Harbor Property, through credit bid or otherwise.

### End Of Order ###

Submitted by:
John N. Schwartz (SBT 00797397)
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Counsel for Credit Union Liquidity Services, LLC f/k/a
Texans Commercial Capital, LLC