BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Mariah Bay Leasing Corporation | Motion to convert case from chapter 11 to 7 | Case # 10–31171–sgj11 |
| **DEBTOR** | | |

**TYPE OF HEARING**

| | | |
|---|---|---|
| Credit Union Liquidity Services, LLC | *VS* | Mariah Bay Leasing Corporation |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| | |
|---|---|
| T. Gerber | J. Lindauer |
| **ATTORNEY** | **ATTORNEY** |

**EXHIBITS**

| | |
|---|---|
| CULS Exhibits 1–9 and 14: | Mariah Exhibits 1, 2, 4, 5, 6, 7, and 8: |
| (Please see exhibit list attached.) | (Please see exhibit list attached.) |

| | | |
|---|---|---|
| D. Harden | 10/13/2010 | Stacey G. Jernigan |
| **REPORTED BY** | **HEARING DATE** | **JUDGE PRESIDING** |