Joyce W. Lindauer
8140 Walnut Hill Lane
Suite 301
Dallas, Texas 75231
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEY FOR DEBTOR

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MARIAH BAY LEASING | § | |
| CORPORATION, | § | CASE NO. 10-31171-SGJ-11 |
| | § | Chapter 11 |
| Debtor. | § | |

# FIRST AMENDED
# NOTICE OF APPEAL

Mariah Bay Leasing Corporation appeals the Order Denying Confirmation of First Amended Plan of Reorganization Dated June 28, 2010 (With Second Modification) entered in the above-styled and numbered bankruptcy case on October 5, 2010 to the United States District Court for the Northern District of Texas. The parties to the appeal and their counsel are:

Mariah Bay Leasing Corporation
c/o Joyce Lindauer
8140 Walnut Hill Lane, Suite 301
Dallas, Texas 75231
Telephone (972) 503-4033
Facsimile (972) 503-4034
joyce@joycelindauer.com

APPELLANT
Mariah Bay Leasing Corporation
P.O. Box 369
Rockwall, Texas 75087
Telephone (972) 771-5253

APPELLEE
CULS
c/o John Schwartz
Fulbright & Jaworski, LLP
2200 Ross Avenue Suite 2800
Dallas, Texas 75201
PH 214-855-7173
FAX 214-855-8200

APPELLEE
CULS
c/o John Schwartz
Fulbright & Jaworski, LLP
2200 Ross Avenue Suite 2800
Dallas, Texas 75201
PH 214-855-7173
FAX 214-855-8200

Respectfully submitted,

By: */s/ Joyce Lindauer*
Joyce Lindauer
State Bar No. 21555700
8140 Walnut Hill Lane
Suite 301
Dallas, Texas 75231
(972) 503-4033
(972) 503-4034 (Fax)

**COUNSEL FOR DEBTOR.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served on counsel of record as set forth above on October 18, 2010 by electronic filing.

*/s/ Joyce Lindauer*